FILED

2019 SEP -4  PM 3: 56

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Arizona State Bar No. 003938
MICAH SCHMIT
Arizona State Bar No. 014887
Assistant U.S. Attorneys
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

CR19-02301 TUC-JGZ(DTF)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | ) | **I N D I C T M E N T** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | Violations: 18 USC 1153, 113(a)(3) |
| v. | ) | (Assault with a Dangerous Weapon) |
| | ) | Count I |
| James Seota -Felix | ) | |
| | ) | 18 U.S.C. 1153, 113(a)(6) |
| Defendants. | ) | (Assault / Serious Bodily Injury) |
| | ) | Count II |

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 27, 2019, in the District of Arizona, within the confines of Tohono O'odham Reservation, Indian Country, Defendant, James Seota-Felix, an Indian member of the Tohono O'odham Nation, did intentionally and knowingly assault victim, S.R., an Indian and member of the Tohono O'odham Nation, with a dangerous weapon, that is a knife, with intent to do bodily harm.

In violation of Title 18 United States Code Sections 1153 and 113(a)(3).

///

//

## COUNT TWO

On or about June 27, 2019, in the District of Arizona, within the confines of Tohono O'odham Reservation, Indian Country, Defendant, James Seota-Felix, an Indian member of the Tohono O'odham Nation, did intentionally, knowingly and recklessly assault victim, S.R., an Indian and member of the Tohono O'odham Nation, resulting in serious bodily injury, to wit: deep lacerations across the face and to the body.

In violation of Title 18 United States Code Sections 1153 and 113(a)(6).

A TRUE BILL

/s/

_____
Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

SEP 0 4 2019